1

2

3

4                                UNITED STATES DISTRICT COURT

5                               NORTHERN DISTRICT OF CALIFORNIA

6

7    A.P.,                                              Case No.  23-cv-04308-AMO

8                        Plaintiff,

9              v.                                       **REFERRAL FOR PURPOSE OF**
                                                        **DETERMINING RELATIONSHIP**
10   UBER TECHNOLOGIES INC., et al.,

11                       Defendants.

12   Halstenberg,                                       Case No.  23-cv-4705-AMO

13                        Plaintiff,

14             v.

15   UBER TECHNOLOGIES INC., et al.,
     Defendants.
16

17   Cormier,                                           Case No.  23-cv-4745-AMO

18                        Plaintiff,

19             v.

20   UBER TECHNOLOGIES INC., et al.,
     Defendants.
21

22   Jane Doe F-2,                                      Case No.  23-cv-3949-AMO

23                        Plaintiff,

24             v.

25   UBER TECHNOLOGIES INC., et al.,
     Defendants.
26

27

28          Pursuant to Civil Local Rule 3-12(c) and Rule 7.2(a) of the Rules of Procedure of the U.S.

United States District Court
Northern District of California

Judicial Panel on Multi-District Litigation, the above-entitled cases are hereby **REFERRED** to the Honorable Charles R. Breyer for consideration of whether the cases are related to 23-md-3084, *In re Uber Technologies, Inc., Passenger Sexual Assault Litigation*.

  **IT IS SO ORDERED.**

Dated: October 20, 2023

_____
**Judge Araceli Martínez-Olguín**
**United States District Judge**